**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6954**

_____

BRUCE RILEY BEY,

        Plaintiff - Appellant,

     v.

PETER BECKER; TIMOTHY BAXLEY; MARCIA FRYE; KEVIN SHWEDO; ANTHONY DENNIS; SGT. MICHAEL BUCHANAN, Sumter County Deputy; OFFICER S. BALLARD, Clarendon County Deputy; SUMTER COUNTY DETENTION CENTER; SOUTH CAROLINA LAW ENFORCEMENT; BRIAN KEITH GRIFFEN; GENERAL SESSION COURT; JAMES E. CAMPBELL, Clerk of Court; CLARENDON COUNTY DETENTION CENTER; JORDAN T. SMITH, Patrolman; S.C. HIGHWAY PATROL, Florence County; FLORENCE COUNTY MAGISTRATE COURT; CPL F. MELENDEZ; TROOP 1 SC HIGHWAY PATROL; SUMTER COUNTY MAGISTRATE COURT; SUMTER COUNTY CLERK OF COURT, General Sessions; CLARENDON COUNTY MAGISTRATE COURT,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:22-cv-01239-SAL)

_____

Submitted:  January 17, 2023                   Decided:  January 20, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bruce Riley Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Riley Bey seeks to appeal the district court's order dismissing his civil action for failure to prosecute. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on June 28, 2022. Bey filed the notice of appeal on August 18, 2022. Because Bey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3